632

425 A.2d 12

Cambria S & L Assoc., etc. v. Capozzi et ux., Appellants.

Argued April 10, 1979. Allen N. Brunwasser, for appellants; Allen E. Macleod, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Orders of the lower court affirmed.

HOFFMAN, J., concurred in the result.

425 A.2d 12

Detweiler v. Detweiler, Appellant.

Argued September 12, 1979. Brenden E. Breet, for appellant; Barry W. Kerchner, for appellee.

Before CERCONE, P. J., and HOFFMAN and WATKINS, JJ.

Order affirmed.